Complaint

On June 25, 2013; under complete secrecy, the United States Supreme Court struck down section 4(b) of the Voting Rights Act of 1965 by a 5-4 vote (*Shelby County v. Holder*). Within 48 hours, nine states (mostly in the South) had Voter ID laws ready to go in their respective state legislatures. Over time, Voter ID laws have expanded to include states such as Texas, North Carolina, and the state of Florida.

During the 2012 Presidential election cycle, I was living in New York City, in the Bronx where I was born and had recently returned to (I spent a majority of my life growing up in Boston, MA). One day in September as I was on my way to work at Best Buy on 14th Street in Manhattan (also known as Union Square) where I worked as a 3rd Party Sales Representative selling mobile broadband, I noticed a big table with volunteers at the Union Square train station registering people to vote. I filled out my information including my Social Security number. On election day, I went to the high school that was across the street from my apartment building, I told them my name and address, was given a ballot, and went into the voting booth. NO ID REQUIRED!!! I REPEAT, NO ID REQUIRED!!! After fiddling around with this giant machine that felt like I was trying to operate a Space Shuttle for about 15 minutes, someone finally helped me out, and I was finally able to cast my vote for President Obama's re-election.

Now, I did not vote in the 2014 midterms because I was bedridden with diverticulitis. It is a life threatening condition that I suffered from November 2013 to April 2015 when I finally had surgery to resection my colon. It almost killed me seven times, so, you know, no big deal. All due to lack of insurance, which is why I had to live in Boston with my mother taking care of me. As a result, I had a Massachusetts ID. I was finally healthy enough to return home to Florida and my now ex-wife in August of that year.

During the 2016 Presidential primary season, I knew I was going to have to get a Florida ID, which required me to get a new social security card, order a copy of my birth certificate (which would take over a month to get to me) as well as a list of documents needed to prove residency. I did not have the resources or the time to get all of that together. THIS SHOULD NOT HAPPEN IN ORDER TO VOTE!!! And, because I KNEW the local polling place would try to DENY me my CONSTITUTIONAL RIGHT to vote. So I looked online at the types of forms that could prove my residency, and I brought a MOUNTAIN of paperwork to the polls with my Massachusetts ID during the Democratic Primary, where I proudly cast my vote for Senator Bernie Sanders. And, because I have been preconditioned to trust absolutely no one, I did the same thing again on the day of the General Election where one of the poll workers tried to DENY ME AGAIN even though one of the other poll workers recognized me (I was the only person of color in line both times) from the primary.

Now I mentioned the other two states at the beginning because there is recent precedent for this. In July of 2016, a federal appeals court struck down North Carolina's voter ID law, holding that it was "passed with racially discriminatory intent " and in April 2017, a federal judge in Houston, TX struck down that state's voter ID law because it systematically targeted black and latino voters. In addition, just before Hurricane Harvey, a federal judge in Corpus Christi struck down TX's state legislature's second attempt to pass the already unconstitutional law. This case MUST be tried in Boston due to my displacement via Hurricane Irma, but mark my words, Florida WILL be the third domino to fall, and I will be the one to push it.

R. [signature]

Candidate Listing - Florida Division of Elections - Department of State                Page 1 of 8

## Candidate

Change Election

Office: ALL
ALL
Last Name Like:

Status: ALL (except WIT/DNQ)
County: ALL
Order by: Name

- You can narrow your search results for candidates by county. A search by county will provide a list of candidates running for offices for which all or a portion of the geographical area represented by the office is located in that county. For information on county or municipal candidates, please contact your local Supervisor of Elections.

RUN QUERY

### United States Senator

| Candidate | Status | Primary | General |
|---|---|---|---|
| Janowski Jr., Edward John (NPA) | Active | | |
| Jones, Lateresa "L.A." (REP) | Active | | |
| Lyles, Tamika (DEM) | Active | | |
| Thorne, Marcia Roberta (NPA) | Active | | |
| Wendt, Joe (LPF) | Active | | |

### United States Representative

| District | Candidate | Status | Primary | General |
|---|---|---|---|---|
| 1 | Gaetz, Matt (REP) *Incumbent | Active | | |
| 2 | Cepeda, Roberto (DEM) | Active | | |
| 3 | Wells, Tom (DEM) | Active | | |
| 4 | DePaul, Monica Paige (DEM) | Active | | |
|   | Ficker, Rob (REP) | Active | | |
|   | Yost, Timothy Jon Norris (NPA) | Active | | |
| 5 | Love, Pam (REP) | Active | | |
| 6 | Coffman, Robert Paul (DEM) | Active | | |
| 7 | Weingart, Patrick D. (NPA) | Active | | |
| 8 | Posey, Bill (REP) *Incumbent | Active | | |
| 9 | Buchan, Sean Alan (REP) | Active | | |

http://dos.elections.myflorida.com/candidates/CanList.asp                6/10/2017

# CANDIDATE PETITION

*Notes:* - *All information on this form becomes a public record upon receipt by the Supervisor of Elections.*
- *It is a crime to knowingly sign more than one petition for a candidate. [Section 104.185, Florida Statutes]*
- *If all requested information on this form is not completed, the form will not be valid as a Candidate Petition form.*

I, _____ the undersigned, a registered voter
(print name as it appears on your voter information card)

in said state and county, petition to have the name of **Roberto Cepeda** _____

placed on the Primary/General Election Ballot as a: [*check/complete box, as applicable*]

☐ Nonpartisan   ☐ No party affiliation   ☑ **Democratic** _____ Party   candidate for the office of

**US House of Representatives, 2nd District, Florida** _____
(insert title of office and include district, circuit, group, seat number, if applicable)

| Date of Birth (MM/DD/YY) or Voter Registration Number | Address |
|---|---|
|  |  |

| City | County | State | Zip Code |
|---|---|---|---|
|  |  |  |  |

| Signature of Voter | Date Signed (MM/DD/YY) [*to be completed by Voter*] |
|---|---|
|  |  |

Rule 1S-2.045, F.A.C.                                                    DS-DE 104 (Eff. 09/11)